Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−10863−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C Gorham
   P.O. Box 581
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−9396

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/13/2017 and a confirmation hearing on such Plan has been scheduled for 3/22/2017.

The debtor filed a Modified Plan on 09/26/2017 and a confirmation hearing on the Modified Plan is scheduled for 10/25/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 27, 2017
JAN: mg

                                                            Jeanne Naughton
                                                            Clerk

```
                         United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 17-10863-SLM
Anthony C Gorham                                                 Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Sep 27, 2017
                              Form ID: 186                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db             +Anthony C Gorham,    P.O. Box 581,   South Orange, NJ 07079-0581
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +The Bank of New York Mellon FKA The Bank of New Yo,   15 South Main Street,    #400,
                 Greenville, SC 29601-2767
516594566      +Avco Financial Services,    POO Box 19701,   Irvine, CA 92623-9701
516833795       BONY as trustee CWALT Inc. ALT 2005-52CB,    Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
516594569     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   15000 Capital One Dr,    Richmond, VA 23238)
516594568      +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
516661744       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
516594570      +Chase Card,    P.o. Box 15298,   Wilmington, DE 19850-5298
516594571      +Court Officer,    Essex County Special Civil Part,   Historic Courthouse,
                 470 Dr. Martin Luther King Jr. Blvd,   Newark, NJ 07102-1734
516594573    ++++DITECH,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                (address filed with court: Ditech,    332 Minnesota St Ste 610,   Saint Paul, MN 55101)
516594574      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516594576      +Experian,    PO BOX 9701,   Allen, TX 75013-9701
516727037      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,   Po Box 2036,
                 Warren MI 48090-2036
516594583      +Raine Gardens Condominium Association,   c/o Cornerstone Property Managment,    454 Morris Ave.,
                 Springfield, NJ 07081-1158
516594582      +Raine Gardens Condominium Association,   c/o Alliance Property Management,    PO Box 2207,
                 Morristown, NJ 07962-2207
516594587     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
516594584      +Shellpoint Mortgage Se,    75 Beattie Pl Ste 300,   Greenville, SC 29601-2138
516594585      +Slingerland & Slingerland,    658 Ridgewood Rd.,   PO Box 276,   Maplewood, NJ 07040-0276
516594586       Solomon & Solomon PC,    Columbia Circle,   BOX 15019,  Albany, NY 12212-5019
516594588      +Thrift Investment Corp,    720 King George Post Rd,   Fords, NJ 08863-1985
516594589      +Trans Union,    PO BOX 2000,   Chester, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2017 22:53:24     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2017 22:53:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516594565       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 27 2017 22:53:15     Asset Acceptance LLC,
                 PO BOX 2036,    Warren, MI 48090-2036
516594567      +E-mail/Text: bankruptcy@cavps.com Sep 27 2017 22:53:44     Calvary Portfolio Serivces,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
516648931      +E-mail/Text: bankruptcy@cavps.com Sep 27 2017 22:53:44     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516594572      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2017 22:53:07     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
516772218       E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2017 22:53:07
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516594575      +E-mail/Text: bknotice@erccollections.com Sep 27 2017 22:53:27     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516594577       E-mail/Text: cio.bncmail@irs.gov Sep 27 2017 22:52:57     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516594578      +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Sep 27 2017 22:55:16     NCEP LLC,
                 2877 Paradise Road,    Unit 303,  Las Vegas, NV 89109-5239
516594580       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2017 22:55:20
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
516594579       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2017 23:16:18
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
516594581       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2017 23:16:31
                 Portfolio Recovery Associates LLC,    PO BOX 12914,   Norfolk, VA 23541
516705325       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2017 23:16:31
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,  POB 41067,   Norfolk VA 23541
516755646       E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2017 22:53:12
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
516808268       E-mail/Text: bkdepartment@rtresolutions.com Sep 27 2017 22:53:37
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
516657607      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2017 22:55:12     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 27, 2017
                              Form ID: 186             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516718487*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    BAC BONY (CWALT 2005-52CB) dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New York,
               et. al. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC james.shay@phelanhallinan.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Scott E. Tanne    on behalf of Debtor Anthony C Gorham info@tannelaw.com,    clerk@tannelaw.com
              Steven P. Kelly    on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New York,
               et. al. skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 9
```