|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on March 27, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |

McCABE, WEISBERG & CONWAY, P.C.
By: Mina M. Beshara, Esquire (202032017)
216 Haddon Ave., Suite 201
Westmont, NJ 08108
856-858-7080
Attorneys for Mortgagee: Real Time Resolutions, Inc.

In re:

Anthony C Gorham

　　　　　　Debtor.

Case No.: 17-10863-SLM

Chapter: 13

Judge: Stacey L. Meisel

## CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY REAL TIME RESOLUTIONS, INC.

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: March 27, 2018

　　　　　　　　　　　　　　　　　　　　　_/s/ Stacey L. Meisel_
　　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Page 2**
Debtor: Anthony C Gorham
Case No: 17-10863-SLM
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY REAL TIME RESOLUTIONS, INC.**

THIS MATTER having been brought before the Court by Scott E. Tanne, Esq., attorney for Debtor, Anthony C Gorham, upon the filing of a Chapter 13 Plan, and Real Time Resolutions, Inc. ("RTR"), by and through its attorneys, McCabe, Weisberg & Conway, P.C. having reviewed said Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is

**ORDERED** as follows:

1. The Second Mortgage held by RTR on the property located 378 Valley Street Unit A6, South Orange, NJ 07079 recorded on October 25, 2005 in the Essex County Recorder's Office, in Mortgage Book 10825 at Page 331 as Instrument Number 5158892 is crammed down to $0.00.

2. For the purposes of this bankruptcy only, the Second Mortgage is wholly unsecured pursuant to 11 U.S.C. §506(a), and the Court may discharge the Second Mortgage upon completion of the following: payment of all amounts required pursuant to the Debtor's confirmed Chapter 13 Plan, and amendments thereto; full administration of the Debtor's present Chapter 13 case; and entry of a Discharge Order pursuant to 11 U.S.C. §1328(a) in the instant Chapter 13 case.

3. The Second Mortgage will be void upon discharge of the Debt pursuant to 11 U.S.C. §506(d).

4. This Stipulation shall be void in the event of the following: the Debtor converts to a Chapter 7 or Chapter 11 bankruptcy; or the Court dismisses the present Chapter 13 bankruptcy for any reason.

5. Should the Debtor sell or refinance the Property prior to obtaining a bankruptcy discharge in the instant case, then RTR's mortgage will attach to any proceeds from the sale or refinance that do not go towards the first mortgage.

6. Debtor and RTR, by and through their counsel, consent to the entry of the within order.

Page 3
Debtor: Anthony C Gorham
Case No: 17-10863-SLM
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY REAL TIME RESOLUTIONS, INC.**

---

7. This Order shall be incorporated in and become part of any Order confirming Plan in the Debtor's Chapter 13 bankruptcy.

8. Facsimile signature of Debtor's Counsel shall be admissible where Mortgagee's attorney's signature appears in the original.

The undersigned hereby consent to the form, content and entry of the within Order:

Scott E. Tanne
Scott E. Tanne Esq.
4 Chatham Road
Summit, NJ 07901
*Counsel for Debtor*

~~Mina M. Beshara, Esquire~~ ALEXANDRA GARCIA, ESQ.
McCABE, WEISBERG & CONWAY, P.C.
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
*Counsel for Mortgagee*