Order Filed on March 27, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, P.C.**
By: Mina M. Beshara, Esquire (202032017)
216 Haddon Ave., Suite 201
Westmont, NJ 08108
856-858-7080
Attorneys for Mortgagee: Real Time Resolutions, Inc.

In re:

Anthony C Gorham

         Debtor.

Case No.: 17-10863-SLM

Chapter: 13

Judge: Stacey L. Meisel

### CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY REAL TIME RESOLUTIONS, INC.

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: March 27, 2018

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Anthony C Gorham
Case No: 17-10863-SLM
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY REAL TIME RESOLUTIONS, INC.**

THIS MATTER having been brought before the Court by Scott E. Tanne, Esq., attorney for Debtor, Anthony C Gorham, upon the filing of a Chapter 13 Plan, and Real Time Resolutions, Inc. ("RTR"), by and through its attorneys, McCabe, Weisberg & Conway, P.C. having reviewed said Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is

**ORDERED** as follows:

1. The Second Mortgage held by RTR on the property located 378 Valley Street Unit A6, South Orange, NJ 07079 recorded on October 25, 2005 in the Essex County Recorder's Office, in Mortgage Book 10825 at Page 331 as Instrument Number 5158892 is crammed down to $0.00.

2. For the purposes of this bankruptcy only, the Second Mortgage is wholly unsecured pursuant to 11 U.S.C. §506(a), and the Court may discharge the Second Mortgage upon completion of the following: payment of all amounts required pursuant to the Debtor's confirmed Chapter 13 Plan, and amendments thereto; full administration of the Debtor's present Chapter 13 case; and entry of a Discharge Order pursuant to 11 U.S.C. §1328(a) in the instant Chapter 13 case.

3. The Second Mortgage will be void upon discharge of the Debt pursuant to 11 U.S.C. §506(d).

4. This Stipulation shall be void in the event of the following: the Debtor converts to a Chapter 7 or Chapter 11 bankruptcy; or the Court dismisses the present Chapter 13 bankruptcy for any reason.

5. Should the Debtor sell or refinance the Property prior to obtaining a bankruptcy discharge in the instant case, then RTR's mortgage will attach to any proceeds from the sale or refinance that do not go towards the first mortgage.

6. Debtor and RTR, by and through their counsel, consent to the entry of the within order.

Page 3
Debtor: Anthony C Gorham
Case No: 17-10863-SLM
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY REAL TIME RESOLUTIONS, INC.**

---

7. This Order shall be incorporated in and become part of any Order confirming Plan in the Debtor's Chapter 13 bankruptcy.

8. Facsimile signature of Debtor's Counsel shall be admissible where Mortgagee's attorney's signature appears in the original.

The undersigned hereby consent to the form, content and entry of the within Order:

Scott E. Tanne
Scott E. Tanne Esq.
4 Chatham Road
Summit, NJ 07901
*Counsel for Debtor*

~~Mina M. Beshara, Esquire~~ ALEXANDRA GARCIA, ESQ.
McCABE, WEISBERG & CONWAY, P.C.
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
*Counsel for Mortgagee*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-10863-SLM
Anthony C Gorham                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Mar 28, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
db            +Anthony C Gorham,    P.O. Box 581,    South Orange, NJ 07079-0581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Real Time Resolutions, Inc. NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Celine P. Derkrikorian    on behalf of Creditor    Real Time Resolutions, Inc. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               et. al. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAC BONY (CWALT 2005-52CB) dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Real Time Resolutions, Inc. nj-ecfmail@mwc-law.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Scott E. Tanne    on behalf of Debtor Anthony C Gorham info@tannelaw.com,
               tanne.ecf.email@gmail.com
              Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               et. al. skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12