| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 15, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br>    ANTHONY C GORHAM | Case No.:  17-10863<br><br>Hearing Date:  06/13/2018<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 15, 2018

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ANTHONY C GORHAM

Case No.: 17-10863SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/13/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/13/2018 of the plan filed on 09/26/2017, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/27/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.