UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for Debtors**

In Re:
**Anthony C. Gorham**

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 17-10863-SLM

Adv. No.:

Hearing Date: July 25, 2018

Judge: Stacey L. Meisel

## ORDER OF DISCHARGE OF LIEN OF PORTFOLIO RECOVERY ASSOCIATES LLC PURSUANT TO 11 U.S.C. 506(a)(1) & 506(d)

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: October 3, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Anthony C. Gorham
Case No.: 17-10863-SLM
Caption of Order: Order of Discharge of Lien of Portfolio Recovery Associates LLC

Upon consideration of Debtor's motion to avoid the judgment lien of Portfolio Recovery Associates LLC, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 506(a)(1) & 506(d), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the lien of the following Judgment heretofore entered against the Debtor, shall be deemed void:

DC-010805-15/VJ-010810-15 entered in the Superior Court of New Jersey in favor of Portfolio Recovery Associates LLC, on September 23, 2015, against Debtor on property located at 378 Valley Street, Unit A6, South Orange, NJ 07079, and more particularly described as Lot 6, Block 2203, Qualifier C0006 on the official tax map of the Township of South Orange Village, County of Essex, State of New Jersey in the amount of $853.81; and it is

**FURTHER ORDERED** that Portfolio Recovery Associates LLC is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Portfolio Recovery Associates LLC fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Portfolio Recovery Associates LLC be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.