| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**4 Chatham Road**<br>**Summit, NJ 07901**<br>**(973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for Debtors** | Order Filed on October 3, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br>**Anthony C. Gorham** | Case No.:  17-10863-SLM<br><br>Adv. No.:<br><br>Hearing Date: July 25, 2018<br><br>Judge: Stacey L. Meisel |

**ORDER OF DISCHARGE OF LIEN OF RAINE GARDENS CONDOMINIUM ASSOCIATION (#1) PURSUANT TO 11 U.S.C. 506(a)(1) & 506(d)**

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: October 3, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Document    Page 2 of 2

Page 2

| | |
|---|---|
| Debtor: | Anthony C. Gorham |
| Case No.: | 17-10863-SLM |
| Caption of Order: | Order of Discharge of Lien of Raine Gardens Condominium Association (#1) |

Upon consideration of Debtor's motion to avoid the judgment lien of Raine Gardens Condominium Association (#1), and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 506(a)(1) & 506(d), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the lien of the following Judgment heretofore entered against the Debtor, shall be deemed void:

DC-036013-08/VJ-002799-10 entered in the Superior Court of New Jersey in favor of Raine Gardens Condominium Association (#1), on May 3, 1999, against Debtor on property located at 378 Valley Street, Unit A6, South Orange, NJ 07079, and more particularly described as Lot 6, Block 2203, Qualifier C0006 on the official tax map of the Township of South Orange Village, County of Essex, State of New Jersey in the amount of $9,841.93; and it is

**FURTHER ORDERED** that Raine Gardens Condominium Association (#1) is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Raine Gardens Condominium Association (#1) fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Raine Gardens Condominium Association (#1) be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.