| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**4 Chatham Road**<br>**Summit, NJ 07901**<br>**(973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for Debtors** |
|---|

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| In Re:<br>**Anthony C. Gorham** |
|---|

Case No.: 17-10863-SLM

Adv. No.:

Hearing Date: July 25, 2018

Judge: Stacey L. Meisel

### ORDER OF DISCHARGE OF LIEN OF ASSET ACCEPTANCE LLC
### PURSUANT TO 11 U.S.C. 506(a)(1) & 506(d)

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: October 3, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:            Anthony C. Gorham
Case No.:          17-10863-SLM
Caption of Order:  Order of Discharge of Lien of Asset Acceptance LLC

Upon consideration of Debtor's motion to avoid the judgment lien of Asset Acceptance LLC, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 506(a)(1) & 506(d), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the lien of the following Judgment heretofore entered against the Debtor, shall be deemed void:

DC-018083-13/VJ-017084-13 entered in the Superior Court of New Jersey in favor of Asset Acceptance LLC, on November 25, 2013, against Debtor on property located at 378 Valley Street, Unit A6, South Orange, NJ 07079, and more particularly described as Lot 6, Block 2203, Qualifier C0006 on the official tax map of the Township of South Orange Village, County of Essex, State of New Jersey in the amount of $1,551.88; and it is

**FURTHER ORDERED** that Asset Acceptance LLC is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Asset Acceptance LLC fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Asset Acceptance LLC be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Gorham  
    Debtor

Case No. 17-10863-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 03, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db            +Anthony C Gorham,    P.O. Box 581,    South Orange, NJ 07079-0581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    Real Time Resolutions, Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Celine P. Derkrikorian    on behalf of Creditor    Real Time Resolutions, Inc. njecfmail@mwc-law.com  
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, et. al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    BAC BONY (CWALT 2005-52CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa S DiCerbo    on behalf of Creditor    Real Time Resolutions, Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Scott E. Tanne    on behalf of Debtor Anthony C Gorham info@tannelaw.com, tanne.ecf.email@gmail.com  
         Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, et. al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 12