Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 17−10863−SLM
                                                Chapter: 13
                                                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C Gorham
   P.O. Box 581
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−9396

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/6/18
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$4,927.50

EXPENSES
$409.31

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 18, 2018
JAN:

                                                                Jeanne Naughton
                                                                Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-10863-SLM
Anthony C Gorham                                                    Chapter 13
      Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2           Date Rcvd: Oct 18, 2018
                              Form ID: 137                  Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db             +Anthony C Gorham,    P.O. Box 581,    South Orange, NJ 07079-0581
aty            +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
                 Suite #1400,   Philadelphia, PA 19103-1814
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +The Bank of New York Mellon FKA The Bank of New Yo,    15 South Main Street,    #400,
                 Greenville, SC 29601-2767
516594566      +Avco Financial Services,    POO Box 19701,    Irvine, CA 92623-9701
516833795       BONY as trustee CWALT Inc. ALT 2005-52CB,    Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
516594570      +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
516594571      +Court Officer,    Essex County Special Civil Part,    Historic Courthouse,
                 470 Dr. Martin Luther King Jr. Blvd.,    Newark, NJ 07102-1734
516594573    ++++DITECH,   332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court:   Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN 55101)
516594574      +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
516594576      +Experian,   PO BOX 9701,    Allen, TX 75013-9701
516594582      +Raine Gardens Condominium Association,    c/o Alliance Property Management,    PO Box 2207,
                 Morristown, NJ 07962-2207
516594583      +Raine Gardens Condominium Association,    c/o Cornerstone Property Managment,    454 Morris Ave.,
                 Springfield, NJ 07081-1158
516594587     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
516594584      +Shellpoint Mortgage Se,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
516594585      +Slingerland & Slingerland,    658 Ridgewood Rd.,    PO Box 276,    Maplewood, NJ 07040-0276
516594586       Solomon & Solomon PC,    Columbia Circle,    BOX 15019,    Albany, NY 12212-5019
516594588      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
516594589      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:02      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516594565       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 18 2018 23:51:55      Asset Acceptance LLC,
                 PO BOX 2036,   Warren, MI 48090-2036
516594569       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:05:39      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
516594567      +E-mail/Text: bankruptcy@cavps.com Oct 18 2018 23:52:19      Calvary Portfolio Serivces,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
516594568      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:06:22      Capital One,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
516661744       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:05:42
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516648931      +E-mail/Text: bankruptcy@cavps.com Oct 18 2018 23:52:19      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516594572      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2018 23:51:27      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
516772218       E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2018 23:51:27
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516594575      +E-mail/Text: bknotice@ercbpo.com Oct 18 2018 23:52:06      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516594577       E-mail/Text: cio.bncmail@irs.gov Oct 18 2018 23:51:21      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516727037      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2018 23:51:58
                 Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
516594578       E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Oct 19 2018 00:06:28      NCEP LLC,
                 2877 Paradise Road,   Unit 303,    Las Vegas, NV 89109-5239
516594580       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:05:43
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516594579       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:05:43
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516594581       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:17:11
                 Portfolio Recovery Associates LLC,    PO BOX 12914,    Norfolk, VA 23541
516705325       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:05:43
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516755646       E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2018 23:51:53
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Oct 18, 2018
                              Form ID: 137             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516808268         E-mail/Text: bkdepartment@rtresolutions.com Oct 18 2018 23:52:11
                   Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029
516657607        +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:04:45      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516718487*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Real Time Resolutions, Inc. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Celine P. Derkrikorian    on behalf of Creditor    Real Time Resolutions, Inc. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    BAC BONY (CWALT 2005-52CB) dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               et. al. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Real Time Resolutions, Inc. nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Scott E. Tanne    on behalf of Debtor Anthony C Gorham info@tannelaw.com,
               tanne.ecf.email@gmail.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               et. al. skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```