**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    ANTHONY C GORHAM

Order Filed on December 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  17-10863 SLM

Hearing Date:  12/12/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 14, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  ANTHONY C GORHAM

Case No.:  17-10863

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/12/2018 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,452.00 starting on 12/1/2018 for the remaining 38 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-10863-SLM
Anthony C Gorham                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 14, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
db             +Anthony C Gorham,    P.O. Box 581,    South Orange, NJ 07079-0581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    Real Time Resolutions, Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Celine P. Derkrikorian     on behalf of Creditor    Real Time Resolutions, Inc. njecfmail@mwc-law.com
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, et. al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    BAC BONY (CWALT 2005-52CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC jpshay@mdwcg.com, jpshay@gmail.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa S DiCerbo     on behalf of Creditor    Real Time Resolutions, Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Scott E. Tanne    on behalf of Debtor Anthony C Gorham ecf@tannelaw.com, tanne.ecf.email@gmail.com
        Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, et. al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 13