**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

  ANTHONY C GORHAM

**Order Filed on September 27,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

**Case No.:  17-10863 SLM**

**Hearing Date:  9/25/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 27, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  ANTHONY C GORHAM

Case No.:  17-10863

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 09/25/2019 on notice to SCOTT E TANNE ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,570.00

  starting on 1/1/2019 for the remaining 28 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.