Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−10863−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony C Gorham
    P.O. Box 581
    South Orange, NJ 07079

Social Security No.:
    xxx−xx−9396

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/8/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 9, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-10863-SLM
Anthony C Gorham                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 2          Date Rcvd: Jan 09, 2020
                            Form ID: 148          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db           +Anthony C Gorham,   P.O. Box 581,   South Orange, NJ 07079-0581
cr           +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
cr           +The Bank of New York Mellon FKA The Bank of New Yo,   15 South Main Street,   #400,
              Greenville, SC 29601-2767
516594566    +Avco Financial Services,   POO Box 19701,   Irvine, CA 92623-9701
516833795     BONY as trustee CWALT Inc. ALT 2005-52CB,   Shellpoint Mortgage Servicing,   PO BOX 10826,
              Greenville, SC 29603-0826
516594571    +Court Officer,   Essex County Special Civil Part,   Historic Courthouse,
              470 Dr. Martin Luther King Jr. Blvd,   Newark, NJ 07102-1734
516594573   +++DITECH,   332 Minnesota ST STE E610,   SAINT PAUL MN  55101-1311
              (address filed with court: Ditech,   332 Minnesota St Ste 610,   Saint Paul, MN 55101)
516594574    +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
516594576    +Experian,   PO BOX 9701,   Allen, TX 75013-9701
516727037     Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
              Warren MI 48090-2036
516594582    +Raine Gardens Condominium Association,   c/o Alliance Property Management,   PO Box 2207,
              Morristown, NJ 07962-2207
516594583    +Raine Gardens Condominium Association,   c/o Cornerstone Property Managment,   454 Morris Ave.,
              Springfield, NJ 07081-1158
516594587    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Department of Treasury,
              Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516594584    +Shellpoint Mortgage Se,   75 Beattie Pl Ste 300,   Greenville, SC 29601-2138
516594585    +Slingerland & Slingerland,   658 Ridgewood Rd.,   PO Box 276,   Maplewood, NJ 07040-0276
516594586     Solomon & Solomon PC,   Columbia Circle,   BOX 15019,   Albany, NY 12212-5019
516594588    +Thrift Investment Corp,   720 King George Post Rd.,   Fords, NJ 08863-1985
516594589    +Trans Union,   PO BOX 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:20    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516594565     EDI: ACCE.COM Jan 10 2020 04:38:00    Asset Acceptance LLC,   PO Box 2036,
              Warren, MI 48090-2036
516594569     EDI: CAPITALONE.COM Jan 10 2020 04:38:00    Capital One,   15000 Capital One Dr,
              Richmond, VA 23238
516594567    +E-mail/Text: bankruptcy@cavps.com Jan 10 2020 00:10:37    Calvary Portfolio Serivces,
              500 Summit Lake Drive,   Valhalla, NY 10595-2322
516594568    +EDI: CAPITALONE.COM Jan 10 2020 04:38:00    Capital One,   Po Box 30285,
              Salt Lake City, UT 84130-0285
516661744     EDI: CAPITALONE.COM Jan 10 2020 04:38:00    Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
516648931    +E-mail/Text: bankruptcy@cavps.com Jan 10 2020 00:10:36    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
516594570    +EDI: CHASE.COM Jan 10 2020 04:38:00    Chase Card,   P.o. Box 15298,
              Wilmington, DE 19850-5298
516594572    +E-mail/Text: bankruptcy.bnc@ditech.com Jan 10 2020 00:10:04    Ditech,   Attn: Bankruptcy,
              Po Box 6172,   Rapid City, SD 57709-6172
516772218     E-mail/Text: bankruptcy.bnc@ditech.com Jan 10 2020 00:10:04
              Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516594575    +E-mail/Text: bknotice@ercbpo.com Jan 10 2020 00:10:23    ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516594577     EDI: IRS.COM Jan 10 2020 04:38:00    Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
516594578     EDI: CREDIGYREC.COM Jan 10 2020 04:38:00    NCEP LLC,   2877 Paradise Road,   Unit 303,
              Las Vegas, NV 89109-5239
516594580     EDI: PRA.COM Jan 10 2020 04:38:00    Portfolio Recovery,   120 Corporate Blvd Ste 1,
              Norfolk, VA 23502
516594579     EDI: PRA.COM Jan 10 2020 04:38:00    Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516594581     EDI: PRA.COM Jan 10 2020 04:38:00    Portfolio Recovery Associates LLC,   PO BOX 12914,
              Norfolk, VA 23541
516705325     EDI: PRA.COM Jan 10 2020 04:38:00    Portfolio Recovery Associates, LLC,   c/o The Home Depot,
              POB 41067,   Norfolk VA 23541
516755646     EDI: Q3G.COM Jan 10 2020 04:38:00    Quantum3 Group LLC as agent for,   Second Round Sub LLC,
              PO Box 788,   Kirkland, WA 98083-0788
516808268     E-mail/Text: bkdepartment@rtresolutions.com Jan 10 2020 00:10:26
              Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029

District/off: 0312-2          User: admin                 Page 2 of 2             Date Rcvd: Jan 09, 2020
                             Form ID: 148                 Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516657607        +EDI: RMSC.COM Jan 10 2020 04:38:00       Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTAL: 21

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516718487*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor   Real Time Resolutions, Inc. NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Andrew L. Spivack   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Celine P. Derkrikorian   on behalf of Creditor   Real Time Resolutions, Inc. njecfmail@mwc-law.com
          Denise E. Carlon   on behalf of Creditor   BAC BONY (CWALT 2005-52CB) dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
          et. al. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          James Patrick Shay   on behalf of Creditor   DITECH FINANCIAL LLC shay@bbs-law.com,
          jpshay@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Melissa S DiCerbo   on behalf of Creditor   Real Time Resolutions, Inc. nj-ecfmail@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Nicholas V. Rogers   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Scott E. Tanne   on behalf of Debtor Anthony C Gorham ecf@tannelaw.com,
          tanne.ecf.email@gmail.com;tanness87179@notify.bestcase.com
          Sherri Jennifer Smith   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
          Steven P. Kelly   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
          et. al. skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 13